

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. AP-76,648

### EX PARTE NELSON ARMANDO PAZ, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 827,228 IN THE 177TH DISTRICT COURT
## FROM HARRIS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of capital murder and sentenced to life imprisonment. The Fourteenth Court of Appeals affirmed his conviction. *Paz v. State*, No. 14-00-00548-CR (Tex. App. Houston [14th] Feb. 15, 2001)(unpublished).

Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to timely file a petition for discretionary review. Applicant recently learned that the petition for discretionary review was refused not on its merits, but because it was untimely filed. He

therefore requests this Court grant him an out-of-time petition for discretionary review.  Appellate counsel has passed away and is unable to respond to Applicant's claims.

The trial court recommends that relief be granted.  *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997).  We agree.  We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Fourteenth Court of Appeals in Cause No. 14-00-00548-CR that affirmed his conviction in Case No. 827,228 from the 177th Judicial District Court of Harris County.  Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: September 28, 2011
Do not publish